UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Gary Jones,<br><br>   Plaintiff,<br><br>   v.<br><br>Asset Acceptance, LLC; and DOES 1-10, inclusive,<br><br>   Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No.: 3:13-cv-00124-JTT-KLH<br>:<br>:<br>:<br>:<br>:<br>: |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: April 11, 2013

                              Respectfully submitted,

                              PLAINTIFF, Gary Jones

                                By: __/s/ Kenneth D. McLean_____
                                Kenneth D. McLean, Esq. (LSB No. 30190)
                                THE McLEAN LAW FIRM, LLC
                                P.O. Box 38161
                                Germantown, TN 38183-0161
                                Telephone: (901) 326-6888
                                Facsimile: (901) 531-8102
                                Attorneys for Plaintiff

                                Of Counsel To:

                                LEMBERG & ASSOCIATES L.L.C.
                                1100 Summer Street, 3rd Floor
                                Stamford, CT 06905
                                Telephone: (203) 653-2250
                                Facsimile: (203) 653-3424

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By */s/ Kenneth D. McLean*

      Kenneth D. McLean, Esq.